UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ALLEN RASH,

        Plaintiff,                Case No. 1:15-cv-468

v.                                       Honorable Paul L. Maloney

STEVEN RIVARD et al.,

        Defendants.
_____/

## **JUDGMENT**

        In accordance with the Opinion filed this date:

        IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  May 20, 2015                      /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               Chief United States District Judge